# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SHARON STEPHENS**  **PLAINTIFF**

**V.**            **NO. 3:15-CV-00390-JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**[1]  **DEFENDANT**

## ORDER

Before the Court is Plaintiff Sharon Stephens' Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 19.* The Commissioner does not object to Plaintiff's request. *Doc. 21.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,250.72**. The request includes reimbursement for attorney and paralegal fees totaling $3,230.65 and expenses of $20.07. The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the amount requested is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 19*, is GRANTED.

---

[1] Nancy A. Berryhill is now the Acting Commissioner and, pursuant to Fed. R. Civ. P. 25(d), is automatically substituted as the Defendant.

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,250.72** in fees and expenses under the EAJA.[2]

Dated this 31st day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.